No. 1121. Peto *v.* Madison Square Garden Corp. et al. C. A. 2d Cir. Certiorari denied.

No. 1046. Hailparn *v.* New Jersey. Sup. Ct. N. J. Application for extension of time to file brief in opposition to petition for writ of certiorari after denial by the Clerk denied. Certiorari denied. *Saul J. Zucker* for petitioner.

No. 1067. Knapp Brothers Shoe Manufacturing Corp. *v.* United States. C. A. 1st Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *Robert W. Meserve* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin, Harry Baum* and *Albert J. Beveridge III* for the United States.

No. 1095. Gannon *v.* Navarro. C. A. 2d Cir. Certiorari denied. Mr. Justice Black is of the opinion that certiorari should be granted. *Wilfred L. Davis* for petitioner. *Philip Pierce* for respondent.

No. 1171. Atlantic Realty Co. *v.* Allen et al. C. A. 5th Cir. Motion of respondents to dispense with printing brief granted. Certiorari denied. *Daniel K. Mayers* for petitioner. *Albert M. Horn* for respondents.

No. 494, Misc. O'Hair *v.* Abramovitz et al. C. A. 5th Cir. Certiorari denied.

No. 657, Misc. Weinreich *v.* United States. C. A. 9th Cir. Certiorari denied.